IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CHARLES H. RICHARD, )
    PLAINTIFF, )
v. )
    ) No. 05-30099-MAP
ROCKY COAST, LLC, )
    DEFENDANT. )

## NOTICE OF APPEARANCE

Kindly enter the appearances of Evan T. Lawson, J. Mark Dickison and the firm of Lawson & Weitzen, LLP on behalf of the Defendant Rocky Coast, LLC in the above-captioned matter.

ROCKY COAST, LLC,
By its attorneys,

_____
Evan T. Lawson (BBO# 289280)
J. Mark Dickison (BBO# 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was served upon Plaintiff's counsel, Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103 by hand delivery this 26th of April, 2005.

_____
J. Mark Dickison