IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES H. RICHARD, ) | |
|     PLAINTIFF, ) | |
| v. ) | |
| ) | |
| ROCKY COAST, LLC, ) | No. 05-30097-MAP |
|     DEFENDANT. ) | |

### NOTICE TO ADVERSARY OF REMOVAL OF CIVIL ACTION

TO   PLAINTIFF CHARLES H. RICHARD AND HIS ATTORNEY ROBERT S. MURPHY, JR., ESQ.

**PLEASE TAKE NOTICE** that on April 26, 2005 the Defendant Rocky Coast, LLC filed a Notice of Removal of Civil Action under 28 U.S.C. § 1441 with the United States District Court for the District of Massachusetts. A true and correct copy of the Notice of Removal is served herewith.

ROCKY COAST, LLC,
By its attorneys,

Evan T. Lawson (BBO# 289280)
J. Mark Dickison (BBO# 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice to Adversary was served upon Plaintiff's counsel, Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103 by hand delivery this 26th of April, 2005.

_____
J. Mark Dickison