IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
| DEFENDANT. | ) | |

**DEFENDANT ROCKY COAST, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 (A), Defendant Rocky Coast, LLC states it is not a subsidiary or affiliate of a publicly owned corporation. Defendant Rocky Coast, LLC is not affiliated or in any way connected with a publicly owned corporation, not a party to the action, that has a financial interest in the outcome.

ROCKY COAST, LLC,
By its attorneys,

Evan T. Lawson (BBO# 289280)
J. Mark Dickison (BBO# 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Corporate Disclosure was served upon Plaintiff's counsel, Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103 by hand delivery this 26th of April, 2005.

_____
J. Mark Dickison