# Commonwealth of Massachusetts

HAMPDEN , ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION

No. 05-407

CHARLES H. RICHARD
_____, Plaintiff(s)

v.

ROCKY COAST, LLC.
_____, Defendant(s`

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendant:

You are hereby summoned and required to serve upon Robert S. Murphy, Jr., Esquire BACON & WILSON, P.C. plaintiff's attorney, whose address is 33 State Street, Springfield, MA 01103 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the /Plff's motions for preliminary injunctive relief and approval of memo. of lis pendens and complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Springfield in the ___B___ session without jury of our said court on ___Wednesday___ the __27th__ day of __April__ A.D. 2005 , at 2:00 o'clock P.M., at which you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Springfield the ___20th___ day of ___April___ in the year of our Lord two thousand five.

tmd/ks

*Marie D. Mazza*
CLERK/MAGISTRATE

## NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

Form No. 4

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on __4-21-05__ , I served a copy of the within summons and restraining orders, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

C/o Susan Labrie    in hand

50 Portland Pier # 400

Portland, maine    (Couberland County)

_Sammy A. Rinaldi_

Dep. Sheriff

Dated:    4-21-05

N.B. *TO PROCESS SERVER:—*

PLEASE PLACE *DATE* YOU MAKE SERVICE ON DEFENDANT IN THIS BOX *ON THE ORIGINAL* AND ON COPY SERVED ON DEFENDANT.

(
    4-21-05                1555 hrs.
(

```
04/21/05                 Cumberland County Sheriff's Department                      1015
08:49                      Civil Process Service Worksheet                    Page:    1


Process Number  : 05-002011

Person Served   :    202552
                  Rocky Coast, LLC
                c/o Susan Labrie, 50 Portland Pier,#400
                Portland, ME  04101
                Phone: (    )   -
                Date of Birth:   /  /

Process Information:

Name Type       : Defendant            Disposition    : ACT
Agency          : 0300                 Court Date     :   /  /
Court Number    : 05-407               Court Code     :
Judge Name      :                      Copies Received: 02
Date Issued     : 04/20/05             Expiration Date:   /  /
Date Received   : 08:46:21 04/21/05    Date Returned  :   /  /

Assigned Officer: Rinaldi S            Location       : POR

Service Requirements:


Papers Served   : SUM   Summons

Service Attempts:
```

| By | Person Served | Address | Date/Time | Served |
|---|---|---|---|---|
| Rinaldi | S-A-A | S-A-M | 4-21  1555 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Remarks:                                                              45.00