UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

| | |
|---|---|
| CHARLES H. RICHARD,<br><br>                Plaintiff<br><br>v.<br><br>ROCKY COAST, LLC.,<br><br>                Defendant | **PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTIVE RELIEF** |

NOW COME the Plaintiffs in the above-entitled matter and pursuant to the provisions of <u>Rule 65 of the Federal Rules of Civil Procedure</u>, hereby requests that the Court issue the Preliminary Injunction requested in Count IV, Prayer II, as contained in its Complaint, filed herewith.

Counsel for the Plaintiff further states that he has conferred with Defendant's counsel pursuant to Local Rule 7.1 and were unable to resolve or narrow the issue presented herein.

As reasons therefor, the Plaintiff refers the Court to the Affidavit of Charles H. Richard, filed herewith.

The Plaintiff,
Charles H. Richard,
By His Attorney,

/s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 550804
May 3, 2005

## CERTIFICATE OF SERVICE

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Plaintiff's Motion for Issuance of Preliminary Injunctive Relief to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

J. Mark Dickison, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

/s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

CHARLES H. RICHARD,

    Plaintiff

v.

ROCKY COAST, LLC.,

    Defendant

**AFFIDAVIT OF CHARLES H. RICHARD**

NOW COMES Charles H. Richard, and making this Affidavit under the pains and penalties of perjury, states that the allegations contained herein are true and are based upon personal knowledge and belief.

1. My name is Charles H. Richard. I am fifty-eight years of age and reside at 56 Deer Run Terrace, East Longmeadow, Hampden County, Massachusetts.

2. On or about February 17, 2005, I entered into a written agreement with Rocky Coast, LLC (the "Seller") to purchase five (5) residential building lots on Patriot Ridge Lane in Wilbraham, Massachusetts for the sum of six hundred thirty thousand dollars ($630,000.00). I placed a twenty-five thousand dollar ($25,000.00) deposit down pursuant to the agreement. I am ready, willing and able to perform all of my obligations under the Purchase and Sale Agreement provided the Seller, Rocky Coast, LLC. can convey the property by a good and sufficient quitclaim deed, which transfers good and clear, record and marketable title as provided in the contract.

3. My attorney is in receipt of letters from Ellis Title Company and the First American Title Insurance Company indicating a defect in chain of the title and First American's unwillingness to insure against claims resulting from that defect. See Exhibits "B" and "C" of the Plaintiff's Complaint.

4. On or about March 15 and 16, 2005, the Seller proposed a corrective action to rectify the title defect, which was acceptable to me.

5. My willingness to accept the proposed corrective action was communicated to the Seller through its authorized agent on or about March 16, 2005.

6. The Seller, through its authorized agent, has subsequently failed to follow through on the corrective action suggested and approved or any other attempt to cure the title defect.

7. On or about April 12, 2005, the Seller, through its authorized agent, forwarded correspondence indicating that title as it currently exists was marketable in its present condition and status, and insurable by First American Title Insurance Company. The Seller has indicated an intention to sell to another party and no intention to take any corrective action to rectify the flaw in the title.

8. I wish to proceed with the sale as provided in the contract dated February 17, 2005.

9. I believe I will be irreparably harmed if the Seller is allowed to market and sell the property to another buyer as my ability to develop this unique property will be irretrievably lost.

10. I am unaware of any liability insurance which would cover the Seller for the claims made in this litigation or that could adequately compensate me for the

loss of my ability to purchase the property pursuant to the terms previously agreed to by myself and the Seller.

11. I have read the Complaint filed on my behalf in the above-referenced matter and the facts contained therein are true and that no material facts have been omitted therefrom.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF MAY, 2005.

_____
CHARLES H. RICHARD

### CERTIFICATE OF SERVICE

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Affidavit of Charles H. Richard to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

J. Mark Dickison, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

_____
ROBERT S. MURPHY, JR.

379549

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

CHARLES H. RICHARD,

    Plaintiff

v.

ROCKY COAST, LLC.,

    Defendant

**[PROPOSED] ORDER ON PRELIMINARY INJUNCTION**

    This action came on to be further heard at this sitting upon the return of an order of notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and thereupon, upon consideration thereof, it is ORDERED and ADJUDGED that upon payment to the Clerk of the sum of $90.00, the application under Count IV, Prayer II of the Complaint hereby is granted, and the defendant, Rocky Coast, LLC. is hereby enjoined and restrained from marketing, selling, encumbering or damaging the property which is the subject matter of this litigation; and more particularly described as Lots, 1, 2, 3, 4 and 5 Patriot Ridge Lane, Wilbraham, Hampden County, Massachusetts and more fully described at Hampden County Registry of Deeds at Book 11182, Page 221 and on a Plan entitled "Patriot Ridge Lane Definitive Flexible Subdivision, Definitive Plot Plan," dated November 13, 2003 prepared by Huntley Associates, P.C., and recorded on May 14, 2004 at Book of Plans book number 332, page 113 in the Hampden County Registry of Deeds until further order of the Court.

Entered _____ 2005.     _____

    Judge Michael A. Ponsor
    United States District Court