UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

| | |
|---|---|
| CHARLES H. RICHARD,<br>      Plaintiff<br><br>v.<br><br>ROCKY COAST, LLC.,<br><br>      Defendant | **PLAINTIFF'S MOTION FOR APPROVAL OF MEMORANDUM OF LIS PENDENS PURSUANT TO G.L. C. 184, §15** |

      NOW COME the Plaintiffs in the above-entitled matter and moves for approval of a Memorandum of Lis Pendens relating to the real estate of the Defendant, Rocky Coast, LLC., located at Lots 1, 2, 3, 4 and 5 Patriot Ridge Lane, Wilbraham, Hampden County, Massachusetts, being the lands described in Book of Plans 332, Page 113 and Book 11182, Page 221 at the Hampden County Registry of Deeds.

      The Plaintiff states that the subject matter of the action constitutes a claim of a right to title and real property or the use and occupation thereof or the buildings thereon.

      Counsel for the Plaintiff further states that he has conferred with Defendant's counsel pursuant to Local Rule 7.1 and were unable to resolve or narrow the issue presented herein.

The Plaintiff files an Affidavit attached hereto in support of his Motion.

The Plaintiff,
Charles H. Richard,
By His Attorney,

    /s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 550804
May 3, 2005

## CERTIFICATE OF SERVICE

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Plaintiff's Motion For Approval of Memorandum of Lis Pendens pursuant to G.L. c. 184, §15 to be served upon all interested parties by mailing a Copy thereof, postage prepaid, first class mail to:

J. Mark Dickison, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

    /s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

| | |
|---|---|
| CHARLES H. RICHARD,<br><br>    Plaintiff<br><br>v.<br><br>ROCKY COAST, LLC.,<br><br>    Defendant | **AFFIDAVIT OF CHARLES H. RICHARD** |

NOW COMES Charles H. Richard, and making this Affidavit under the pains and penalties of perjury, states that the allegations contained herein are true and are based upon personal knowledge and belief.

1. My name is Charles H. Richard. I am fifty-eight years of age and reside at 56 Deer Run Terrace, East Longmeadow, Hampden County, Massachusetts.

2. On or about February 17, 2005, I entered into a written agreement with Rocky Coast, LLC (the "Seller") to purchase five (5) residential building lots on Patriot Ridge Lane in Wilbraham, Massachusetts for the sum of six hundred thirty thousand dollars ($630,000.00). I placed a twenty-five thousand dollar ($25,000.00) deposit down pursuant to the agreement. I am ready, willing and able to perform all of my obligations under the Purchase and Sale Agreement provided the Seller, Rocky Coast, LLC. can convey the property by a good and sufficient quitclaim deed, which transfers good and clear, record and marketable title as provided in the contract.

3. My attorney is in receipt of letters from Ellis Title Company and the First American Title Insurance Company indicating a defect in chain of the title and First American's unwillingness to insure against claims resulting from that defect. See Exhibits "B" and "C" of the Plaintiff's Complaint.

4. On or about March 15 and 16, 2005, the Seller proposed a corrective action to rectify the title defect, which was acceptable to me.

5. My willingness to accept the proposed corrective action was communicated to the Seller through its authorized agent on or about March 16, 2005.

6. The Seller, through its authorized agent, has subsequently failed to follow through on the corrective action suggested and approved or any other attempt to cure the title defect.

7. On or about April 12, 2005, the Seller, through its authorized agent, forwarded correspondence indicating that title as it currently exists was marketable in its present condition and status, and insurable by First American Title Insurance Company. The Seller has indicated an intention to sell to another party and no intention to take any corrective action to rectify the flaw in the title.

8. I wish to proceed with the sale as provided in the contract dated February 17, 2005.

9. I believe I will be irreparably harmed if the Seller is allowed to market and sell the property to another buyer as my ability to develop this unique property will be irretrievably lost.

10. I am unaware of any liability insurance which would cover the Seller for the claims made in this litigation or that could adequately compensate me for the

loss of my ability to purchase the property pursuant to the terms previously agreed to by myself and the Seller.

11. I have read the Complaint filed on my behalf in the above-referenced matter and the facts contained therein are true and that no material facts have been omitted therefrom.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF MAY, 2005.

_____
CHARLES H. RICHARD

## CERTIFICATE OF SERVICE

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Affidavit of Charles H. Richard to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

J. Mark Dickison, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-2414

_____
ROBERT S. MURPHY, JR.

379549

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

CHARLES H. RICHARD,

    Plaintiff

v.

ROCKY COAST, LLC.,

    Defendant

**PLAINTIFF'S MEMORANDUM OF LIS PENDENS**

Notice is hereby given that on _____, 2005, the undersigned Plaintiff initially commenced an action in Hampden County Superior Court, Docket Number 05-407 and subsequently removed to the United States District Court bearing Docket No. 05--30097-MAP, a complaint in which the undersigned is named as Plaintiff and Rocky Coast, LLC of Portland, Maine is named Defendant.

Said complaint affects the title to the land at Wilbraham in Hampden County, Massachusetts, which land is more fully described in a deed recorded with the Hampden County Registry of Deeds in Book of Plans 332, Page 113 and Book 11182, Page 221.

    The Plaintiff,
    Charles H. Richard,
    By His Attorney,

      /s/Robert S. Murphy, Jr.
    ROBERT S. MURPHY, JR.
    BACON & WILSON, P.C.
    33 State Street
    Springfield, MA 01103
    Ph: (413) 781-0560
    Fax: (413) 739-7740
    BBO# 550804
    May 3, 2005

**CERTIFICATE OF SERVICE**

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Plaintiff's Memorandum of Lis Pendens to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to: J. Mark Dickison, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210-2414

    /s/Robert S. Murphy, Jr.
    ROBERT S. MURPHY, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30097-MAP

CHARLES H. RICHARD,

    Plaintiff

v.

ROCKY COAST, LLC.,

    Defendant

**FINDING AND ORDER OF APPROVAL OF LIS PENDENS**

    This cause came on to be heard after notice and opportunity to be heard, upon motion for approval of a Memorandum of Lis Pendens, and upon consideration thereof, the court hereby finds that the subject matter of action constitutes a claim of a right to title to real property or the use and occupation thereof or the buildings thereon.

    Whereupon the Court hereby approves the above Memorandum of Lis Pendens.

_____
Judge Michael A. Ponsor
United States District Court