UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-30097-MAP

| | |
|---|---|
| CHARLES H. RICHARD,<br><br>  Plaintiff<br><br>v.<br><br>ROCKY COAST, LLC.,<br><br>  Defendant | **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR APPROVAL OF LIS PENDENS** |

## PROCEDURAL HISTORY

On or about April 20, 2005, the Plaintiff, Charles H. Richard (hereinafter referred to as the "Buyer") filed a contract action in Hampden Superior Court seeking, *inter alia,* specific performance of a contract for the sale of land located in Wilbraham, Massachusetts and Motions for Preliminary Injunctive Relief and for Issuance of a *Lis Pendens*.  The matter was scheduled for hearing with notice on April 27, 2005.  On April 26, 2005, the Defendant, Rocky Coast, LLC. (hereinafter referred to as the "Seller") filed a Notice of Removal in the U.S. District Court.

## LEGAL STANDARD

Massachusetts General Law Chapter 184, §15 provides for the recording and registration of memoranda of *lis pendens* in proceedings which affect the title to real property.  "Upon motion of a party, if the subject matter of the action constitutes a claim of a right to title to real property or the use and occupation thereof or the buildings thereon, a justice of the court in which the action is pending shall make a finding to that effect and endorse the finding upon the memorandum."

## ARGUMENT

In this matter, the Buyer claims an interest in property located in Wilbraham, Massachusetts by virtue of a Purchase & Sale Agreement which was lawfully executed between the parties.   The Buyer seeks, *inter alia*, specific performance of that agreement.   As such, the proceedings clearly affect title to real property as required under M.G.L. c. 184, §15(a).  *Heller v. Turner Brothers Construction*, 40 Mass. App. Ct. 363, 663 N.E.2d 1243 (1996).  The nature of the claim involved is the determining factor in considering approval of issuance of a *lis pendens*.   *TPM Holdings v. Intra-Gold Industries,* 91 F.3rd 1 (1st Cir. 1996).

## CONCLUSION

The Seller has complied with the requirements of M.G.L. c. 184, §15.   See Affidavit of Charles Richards attached to Plaintiff's Motion for Approval of Memorandum of *Lis Pendens* pursuant to G.L. c. 184, §15.

The Plaintiff,
Charles H. Richard,
By His Attorney,

          /s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740
BBO#  550804
May 3, 2005

**CERTIFICATE OF SERVICE**

I, ROBERT S. MURPHY, JR., hereby certify that on May 3, 2005, I caused a copy of the foregoing Plaintiff's Memorandum of Law in Support of Motion for Approval of Lis Pendens to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:    J. Mark Dickison, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210-2414

 /s/Robert S. Murphy, Jr.
ROBERT S. MURPHY, JR.