IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

**DEFENDANT'S, ROCKY COAST, LLC, SPECIAL MOTION TO DISMISS
PLAINTIFF'S CLAIM FOR SPECIFIC PERFORMANCE**

Pursuant to M.G.L. c. 184, § 15(c), defendant Rocky Coast, LLC moves to dismiss plaintiff's claim for specific performance on the basis that said claim is frivolous because it is devoid of any arguable basis in law. In support of this Special Motion to Dismiss, Rocky Coast, LLC relies on its Opposition to Plaintiff's Motion for Preliminary Injunction, and supporting exhibits and affidavit thereto, filed contemporaneously herewith.

Dated: May 6, 2005

                                                    ROCKY COAST, LLC,
                                                  By its attorneys,

                                                    /s/ Evan T. Lawson
                                                  Evan T. Lawson (BBO# 289280)
                                                  J. Mark Dickison (BBO# 629170)
                                                  Lawson & Weitzen, LLP
                                                  88 Black Falcon Avenue, Suite 345
                                                  Boston, MA 02210-1736
                                                  Telephone: (617) 439-4990
                                                  Facsimile: (617) 439-3987

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

  I, J. Mark Dickison, hereby certify that on May 5, 2005, shortly after I learned that an emergency hearing had been scheduled on plaintiff's motion for lis pendens, I left a telephone message in a good faith attempt to resolve or narrow the issues raised by the instant special motion to dismiss with counsel for plaintiff, Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103 . The parties were unable to resolve or narrow the issues in dispute.

              /s/ J. Mark Dickison
              J. Mark Dickison (BBO No.629170)