**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CHARLES H. RICHARD,**
        **Plaintiff(s)**

    v.                             **CIVIL ACTION NO. 05-30097-MAP**

**ROCKY COAST, LLC,**
        **Defendant(s)**

**JUDGMENT IN A CIVIL CASE**

**PONSOR, D.J.**

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR THE DEFENDANTS PURSUANT TO THE ORDER OF THE COURT ENTERED ON JUNE 9, 2005, GRANTING THE DEFENDANT'S MOTION TO DISMISS.**

                                                    **SARAH A. THORNTON,
CLERK OF COURT**

**Dated:  6/10/05**                                **/s/John C. Stuckenbruck
                                                 Deputy Clerk**