IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathryn E. Pieczarka as co-counsel for Rocky Coast, LLC.

                                              Defendant,
                                              ROCKY COAST, LLC,
                                              By its attorneys,

                                                   /s/ **Kathryn E. Pieczarka**
                                              Evan T. Lawson (BBO# 289280)
                                              J. Mark Dickison (BBO# 629170)
                                              Kathryn E. Pieczarka (BBO# 658785)
                                              Lawson & Weitzen, LLP
                                              88 Black Falcon Avenue, Suite 345
                                              Boston, MA 02210-1736
                                              Telephone: (617) 439-4990
                                              Facsimile:  (617) 439-3987

Dated: June 14, 2005