IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| CHARLES H. RICHARD,<br>    PLAINTIFF,<br>v.<br><br>ROCKY COAST, LLC,<br>    DEFENDANT. | )<br>)<br>)<br>)<br>)   No. 05-30097-MAP<br>) |

**JOINT MOTION FOR REMOVAL OF ENTRY OF JUDGMENT**

The parties hereby move the Court to remove the entry of judgment because there are still claims and counterclaims pending before the Court.

On June 9, 2005, the Court denied the plaintiff's Motion for Preliminary Injunction (Docket No. 6), denied the plaintiff's Motion for Lis Pendens (Docket No. 8) and allowed the defendant's Special Motion to Dismiss Plaintiff's Claim for Specific Performance (Docket No. 10).  On June 10, 2005, the Court entered judgment for the defendants and marked the case "closed."  Despite the Court's ruling, the entry of judgment was improper because claims and counterclaims are still pending before the Court.  Specifically, the plaintiff has two claims remaining against the defendant (breach of the implied covenant of good faith and fair dealing and violation of c.93A, § 11) and the defendant has three counterclaims remaining against the plaintiff (breach of contract, trespass, and declaratory judgment).

WHEREFORE, the parties move the Court to remove the judgment entered on June 10, 2005 and place the case on the active docket to resolve the parties' pending claims.

| | |
|---|---|
| Plaintiff,<br>CHARLES H. RICHARD<br>By his attorney,<br><br>     /s/ **Robert S. Murphy, Jr.**     <br>Robert S. Murphy, Jr.(BBO# 550804)<br>BACON & WILSON, P.C.<br>33 State Street<br>Springfield, MA 01103<br>Telephone: (413) 781-0560<br>Facsimile: (413) 739-7740 | Defendant,<br>ROCKY COAST, LLC,<br>By its attorneys,<br><br>      /s/ **Kathryn E. Pieczarka**     <br>Evan T. Lawson (BBO# 289280)<br>J. Mark Dickison (BBO# 629170)<br>Kathryn E. Pieczarka (BBO# 658785)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210-1736<br>Telephone: (617) 439-4990<br>Facsimile:  (617) 439-3987 |

Dated: June 14, 2005