IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

**DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS FOR ITS SPECIAL MOTION TO DISMISS PLAINTIFF'S CLAIM FOR SPECIFIC PERFORMANCE**

Pursuant to M.G.L. c. 184, § 15(c), defendant Rocky Coast, LLC moves for attorney's fees and costs in the amount of $13,352.50, for its special motion to dismiss plaintiff's claim for specific performance. On June 9, 2005 the Court allowed the defendant's special motion to dismiss. M.G.L. c. 184, § 15(c) provides: "If the court allows the special motion to dismiss, it shall award the moving party costs and reasonable attorneys fees, including those incurred for the special motion, any motion to dissolve the memorandum of lis pendens, and any related discovery." In support of the computation of fees and costs the defendant submits the attached affidavit of Evan T. Lawson, Esq.

By its attorneys,

    /s/ Evan T. Lawson
Evan T. Lawson (BBO# 289280)
Kathryn E. Pieczarka (BBO# 658785)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

    I, Kathryn E. Pieczarka, hereby certify that on June 16, 2005 I had a telephone conference with counsel for the plaintiff (Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103) in a good faith attempt to resolve or narrow the issues raised by the instant DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS FOR ITS SPECIAL MOTION TO DISMISS PLAINTIFF'S CLAIM FOR SPECIFIC PERFORMANCE. The parties were unable to resolve or narrow the issues in dispute.

                                                    /s/ Kathryn E. Pieczarka
                                           Kathryn E. Pieczarka (BBO# 658785)

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

**AFFIDAVIT OF EVAN T. LAWSON IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS FOR ITS SPECIAL MOTION TO DISMISS PLAINTIFF'S CLAIM FOR SPECIFIC PERFORMANCE**

I, Evan T. Lawson, do depose and state as follows:

I submit this affidavit in support of the defendant's motion for attorney's fees in the amount of $13,887.50, for its special motion to dismiss plaintiff's claim for specific performance. I have personal knowledge of the following facts.

I am a member in good standing of the bar of the Commonwealth of Massachusetts to which I was admitted in November, 1967. Since that time I have also become a member of the bar of the United States District Court for Massachusetts (1969), the United States Court of Appeals for the First Circuit (1971) and the United States Supreme Court (1971). In 1990, I was admitted to the United States Court of Appeals for the Third Circuit. I founded Lawson & Weitzen, LLP in 1973 (then named Lawson & Wayne). It is presently a firm with 32 lawyers located at 88 Black Falcon Avenue, Boston, MA.

I have practiced law continuously for the past 37 years, concentrating in trial and appellate practice. During this time I participated in many trials in state and federal courts, jury and non-jury. My trial experience has been on both the criminal and civil side and has included trials in diverse areas such as serious crimes (murder, rape, armed robbery), domestic relations, business disputes,

libel, medical malpractice, personal injuries, product liability, antitrust, civil rights, real estate disputes, administrative review and contract disputes.

I have successfully argued two appeals in the United States Supreme Court, *Smith v. Goguen*, 415 U.S. 566, 94 S. Ct. 1242 (1974) and *44 Liquormart, Inc. v. Rhode Island*, 116 S.Ct. 1495 (1996), as well as argued over seventy-five appeals before the Massachusetts Appeals Court, the Supreme Judicial Court of Massachusetts and the United States Court of Appeals for the First Circuit.  I have been specially admitted as the trial attorney in the United States District Courts for New Hampshire, Maine, Vermont, Rhode Island, New York, New Jersey, Florida and the District of Columbia and in the state courts of Maine, New Hampshire, Vermont, New York and New Jersey.

I charge a usual hourly rate of $350.00, which I believe is a fair and reasonable rate for an attorney of my reputation and experience in a case of this sort.

Due to the time pressure of a speedy hearing on the plaintiff's motions for a preliminary injunction and lis pendens, I decided to use the assistance of Kenneth Gould and Claire Burhoe, both experienced partners in my firm with the ability to respond to the legal and factual issues raised by the plaintiff's motions more quickly than less experienced associates.

Mr. Gould is a member in good standing of the Massachusetts Bar, admitted in 1980, and the Bar of this Court, admitted in 1981.  He has concentrated his practice on all aspects of commercial real estate transactions and commercial and real estate financing, with extensive experience in reviewing title issues. Mr. Gould is a member of the Boston Bar Association, Real Property Section (Affordable Housing Committee, Chair 2004-), The Real Estate Bar Association for Massachusetts and The Abstract Club.  His role for this case was to analyze the title in question to determine whether there was a legitimate "cloud" and to prepare an explanation of the title issue for inclusion in our opposition.  Mr. Gould's usual hourly rate is $275.00, which I believe is a fair and reasonable

rate for an attorney of his reputation and experience in a case of this sort.

Ms. Burhoe was admitted to the Massachusetts Bar in 1996. Her practice has concentrated in the field of environmental litigation, where she gained experience in the law governing specific performance of real estate contracts. Before joining our firm, Ms. Burhoe served as a law clerk to Justice Selya of the United States Court of Appeals for the First Circuit. She is an able legal researcher and writer. Her role for this case was to perform under a short deadline the research and writing necessary to oppose the plaintiff's motions for a preliminary injunction and lis pendens and support the special motion to dismiss. Ms. Burhoe's usual hourly rate is $225.00, which I believe is a fair and reasonable rate for an attorney of her reputation and experience in a case of this sort.

Lawson & Weitzen, LLP maintains an automated billing system where the attorneys prepare daily time records that are entered into a proprietary computer billing program. I believe that the time records for this matter accurately reflect the time spent and work done on this case, and the amount of time spent and work done was reasonably necessary to oppose the plaintiff's motions for a preliminary injunction and lis pendens and support the special motion to dismiss. Attached are copies of reports printed from our billing system showing time recorded in connection with opposing the plaintiff's motions for a preliminary injunction and lis pendens and supporting the special motion to dismiss. Time which was spent other than directly in opposing the plaintiff's motions for a preliminary injunction and lis pendens and supporting the special motion to dismiss has been redacted. I believe that all the time shown should be charged to the special motion to dismiss as all the work done in opposing the plaintiff's motions for a preliminary injunction and lis pendens, was also required to support the special motion to dismiss.

As shown by the attached records I spent 11.25 hours at the rate of $350 per hour and today I spent 1.5 hours preparing this motion and affidavit for a total charge for my time of $4,462.50. Mr.

3

Gould spent 2.9 hours at the rate of $275 per hour for a total charge for his time of $797.50. Ms. Burhoe spent 38.3 hours at the rate of $225 per hour for a total charge for her time of $8617.50. Therefore, the defendant seeks an award of $13,877.50 in legal fees. The defendant is not seeking costs because all but insignificant copying costs would have been incurred in any event.

Signed under the penalties of perjury this 16th day of June, 2005.

/s/ Evan T. Lawson
Evan T. Lawson

Date 06/15/05 | LAWSON & WEITZEN, LLP - BOSTON | Page 1
Billed Billing Memorandum

Client  31341  Patriot Ridge
Matter  0025   Rocky Coast and Charles Richard



John Sammarco
50 Portland Pier, Suite 400
Portland, ME 04101

**** Time ****
Thru 04/30/05

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total | No Chg |
|---|---|---|---|---|---|---|---|---|
| 04/21/05 | 0018 KENNETH B. GOULD | 0.50 | 275 | 137.50 | Telephone conference with Evan Lawson regarding alleged title defect; | Yes | Yes | No |
| 04/22/05 | 0001 EVAN T. LAWSON | 4.25 | 350 | 1,487.50 | Review complaint with exhibits, motion for preliminary injunction, motion for lis pendens, affidavit of Richard; research law of specific performance where title defect and no seller escape clause or time of essence clause; telephone conference with J. Sammarco; analyze chain of title; telephone conference with R. Greene, Esq.; review affidavit of R. Greene, Esq. and attached exhibits; conference with Kenneth B. Gould regarding title issues; telephone conference with client and R. Greene to finalize strategy | Yes | Yes | No |
| 04/22/05 | 0018 KENNETH B. GOULD | 2.00 | 275 | 550.00 | Meet with Evan Lawson, review title instruments regarding alleged cloud on title; | Yes | Yes | No |



Date 06/15/05      LAWSON & WEITZEN, LLP - BOSTON      Page 2
Billed Billing Memorandum

Client   31341   Patriot Ridge
Matter   0025   Rocky Coast and Charles Richard

\*\*\*\* Time \*\*\*\*
Thru 04/30/05

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total | No Chg |
|---|---|---|---|---|---|---|---|---|
| 04/27/05 | 0040 BURHOE, CLARE | 7.20 | 225 | 1,620.00 | Research for memo opposing preliminary injunction; meeting with Evan T. Lawson regarding same; review title work | Yes | Yes | No |
| 04/29/05 | 0040 BURHOE, CLARE | 6.60 | 225 | 1,485.00 | Draft opposition to preliminary injunction; meeting with Kenneth B. Gould regarding title and research issues; draft memo to Evan T. Lawson regarding same | Yes | Yes | No |

Date 06/15/05                                    LAWSON & WEITZEN, LLP - BOSTON                                    Page 1
                                                 Billing Memorandum

Client 31341 Patriot Ridge
Matter 0025   Rocky Coast and Charles Richard



John Sammarco
50 Portland Pier, Suite 400
Portland, ME 04101

**** Time ****
Thru 06/15/05

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total | No Chg |
|---|---|---|---|---|---|---|---|---|
| 05/02/05 | 0001 EVAN T. LAWSON | 0.25 | 350 | 87.50 | Conference with Claire Burhoe regarding preparation of opposition to preliminary injunction | Yes | Yes | No |
| 05/02/05 | 0040 BURHOE, CLARE | 6.20 | 225 | 1,395.00 | Research and draft Opposition to Motion for preliminary injunction. | Yes | Yes | No |
| 05/03/05 | 0001 EVAN T. LAWSON | 0.50 | 350 | 175.00 | telephone conference J. Sammarco; review memo in support of motion for lis pendens, check statute on lis pendens and email motion to Clare B. Burhoe for reply and special motion to dismiss; | Yes | Yes | No |
| 05/03/05 | 0018 KENNETH B. GOULD | 0.40 | 275 | 110.00 | Review memo from Clare Burhoe re title issues; e-mail response | Yes | Yes | No |
| 05/03/05 | 0040 BURHOE, CLARE | 3.20 | 225 | 720.00 | Research and draft Opposition to Motion for Preliminary Injunction. | Yes | Yes | No |
| 05/04/05 | 0040 BURHOE, CLARE | 2.40 | 225 | 540.00 | Review plaintiff's motion for lis pendens and Preliminary Injunction, draft opposition to preliminary injunction. | Yes | Yes | No |
| 05/05/05 | 0001 EVAN T. LAWSON | 2.00 | 350 | 700.00 | Review and revise opposition to preliminary injunction and lis pendens | Yes | Yes | No |
| 05/05/05 | 0040 BURHOE, CLARE | 5.80 | 225 | 1,305.00 | Draft opposition to preliminary injunction and Special Motion to Dismiss, conference call with J. Mark Dickison and Evan T. Lawson regarding emergency hearing | Yes | Yes | No |

Date 06/15/05 LAWSON & WEITZEN, LLP - BOSTON Page 2
Billing Memorandum

Client  31341  Patriot Ridge
Matter  0025   Rocky Coast and Charles Richard



\*\*\*\* Time \*\*\*\*
Thru 06/15/05

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total | No Chg |
|---|---|---|---|---|---|---|---|---|
| 05/06/05 | 0001 EVAN T. LAWSON | 2.00 | 350 | 700.00 | Prepare and attend hearing on preliminary injunction and lis pendens | Yes | Yes | No |
| 05/06/05 | 0001 EVAN T. LAWSON | 1.50 | 350 | 525.00 | Review and revise opposition to preliminary injunction | Yes | Yes | No |
| 05/06/05 | 0001 EVAN T. LAWSON | 3.00 | 0 | 0.00 | [NO CHARGE] Travel to and from Springfield | Yes | Yes | Yes |
| 05/06/05 | 0040 BURHOE, CLARE | 0.50 | 225 | 112.50 | Assemble exhibits for opposition to preliminary injunction. | Yes | Yes | No |
| 05/06/05 | 0123 Kathryn E. Pieczarka | 0.90 | 165 | 148.50 | Prepare motion, memo and exhibits for electronic filing. File documents. | Yes | Yes | No |
| 05/06/05 | 0137 Hutchison, Dean J. | 0.80 | 0 | 0.00 | [NO CHARGE] Create Conveyance Flowchart. | Yes | Yes | Yes |
| 05/16/05 | 0040 BURHOE, CLARE | 6.40 | 225 | 1,440.00 | Research and draft reply to opposition to special motion to dismiss. | Yes | Yes | No |

Date 06/15/05                                    LAWSON & WEITZEN, LLP - BOSTON                                      Page 3
                                                          Billing Memorandum

Client  31341  Patriot Ridge
Matter  0025   Rocky Coast and Charles Richard



**** Time ****
Thru 06/15/05

| Date | Attorney | Time | Rate | Value | Diary | Print Bill | Add Total | No Chg |
|---|---|---|---|---|---|---|---|---|
| 05/17/05 | 0001 EVAN T. LAWSON | 0.75 | 350 | 262.50 | Revise reply to memo in opposition; telephone conference with opposing counsel to get consent to filing reply; arrange efiling. | Yes | Yes | No |
| | | | | | [redacted] | Yes | Yes | No |