IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

### DEFENDANT'S MOTION TO COMPEL THE PLAINTIFF TO COMPLY WITH THE ORDER OF THIS COURT DATED JULY 20, 2005

The defendant, Rocky Coast, LLC, moves this honorable Court for an order compelling the plaintiff, Charles H. Richard, to comply with the order of this Court dated July 20, 2005 to pay attorney's fees and costs in the amount of $5,000.00.

As grounds for this motion, the defendant states that on July 20, 2005, the Court entered an order allowing the defendant's Motion for Attorney's Fees in the amount of $5,000.00. The plaintiff has not complied with the order and has not made payment of the $5,000.00. On August 22nd and 23rd, 2005, in an effort to resolve this matter, the defendant made a final request for the plaintiff to pay the attorney's fees and costs as ordered by the Court. The plaintiff has not responded to the defendant's request to make payment forthwith and has not provided a date when the fees and costs will be paid.

WHEREFORE, the defendant, Rocky Coast, LLC, requests that the Court order the plaintiff, Charles H. Richard, to comply with the Court's July 20th order and pay the defendant attorney's fees and costs in the amount of $5,000.00 within five days following entry of this Court's order.

By its attorneys,


   /s/ **Kathryn E. Pieczarka**
Evan T. Lawson (BBO# 289280)
Kathryn E. Pieczarka (BBO# 658785)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987


**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

    I, Marissa A. Goldberg, hereby certify that on August 22, 2005, I had a telephone conference with counsel for the plaintiff (Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103) in a good faith attempt to resolve or narrow the issues raised by the instant DEFENDANT'S MOTION TO COMPEL.  The parties were unable to resolve or narrow the issues in dispute.

      /s/ Marissa A. Goldberg
Marissa A. Goldberg  (BBO# 654506)
Lawson & Weitzen, LLP