IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES H. RICHARD, ) | |
| PLAINTIFF, ) | |
| v. ) | |
| ) | |
| ROCKY COAST, LLC, ) | No. 05-30097-MAP |
| DEFENDANT. ) | |

## MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER G.L. c.184 §15(c) BY DEFENDANT ROCKY COAST, LLC

The defendant, Rocky Coast, LLC, moves pursuant to G.L. c.184 §15(c) that the Court enter partial judgment dismissing Count I of the Complaint, the plaintiff's specific performance claim.

On June 9, 2005, the Court entered a memorandum and order allowing the defendant's special motion to dismiss the specific performance claim. G.L. c. 184 §15(c) provides, in part, "In the event there are un-adjudicated claims remaining after the dismissal of any claim pursuant to which the memorandum of lis pendens was recorded, the court shall order the entry of partial judgment with respect to the claim dismissed pursuant to this section."

WHEREFORE, the defendant, Rocky Coast LLC, requests that Court, pursuant to G.L. c.184 §15(c), order the entry of partial judgment with respect to the plaintiff's claim for specific performance, which was dismissed on June 9, 2005.

By its attorneys,

  /s/ **Kathryn E. Pieczarka**
Evan T. Lawson (BBO# 289280)
Kathryn E. Pieczarka (BBO# 658785)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

  I, Marissa A. Goldberg, hereby certify that on August 22, 2005, I had a telephone conference with counsel for the plaintiff (Robert S. Murphy, Jr., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103) in a good faith attempt to resolve or narrow the issues raised by the instant DEFENDANT'S MOTION FOR ENTRY OF PARTIAL JUDGMENT. The parties were unable to resolve or narrow the issues in dispute.

  /s/ Marissa A. Goldberg
Marissa A. Goldberg (BBO# 654506)
Lawson & Weitzen, LLP