IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| CHARLES H. RICHARD,         ) | |
|     PLAINTIFF,               ) | |
| v.                                   ) | |
|                                ) | |
| ROCKY COAST, LLC,         ) | No. 05-30097-MAP |
|     DEFENDANT.            ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Marissa A. Goldberg as co-counsel for Rocky Coast, LLC.

        Defendant,
        ROCKY COAST, LLC,
        By its attorneys,

          /s/ **Marissa A. Goldberg**
        Evan T. Lawson (BBO# 289280)
        J. Mark Dickison (BBO# 629170)
        Kathryn E. Pieczarka (BBO# 658785)
        Marissa A. Goldberg (BBO#654506)
        Lawson & Weitzen, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02210-1736
        Telephone: (617) 439-4990
        Facsimile:  (617) 439-3987