IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CHARLES H. RICHARD,        )
    PLAINTIFF,         )
v.                         )
                           )
ROCKY COAST, LLC,          )        No. 05-30097-MAP
    DEFENDANT.         )

**JOINT STATEMENT PURSUANT TO FED R. CIV. P. 26(f)
AND LOCAL RULE 16.1**

Plaintiff and Defendant-in-Counterclaim, Charles H. Ricahrd, and Defendant and Plaintiff-in-Counterclaim, Rocky Coast, LLC, hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to a Notice of Scheduling Conference dated August 17, 2005, an initial scheduling conference is scheduled to be held on September 22, 2005 at 11:30 p.m.

**I.    RULE 26(f)/LOCAL RULE 16.1(B) CONFERENCE.**

A telephone call was held on August 31, 2005, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B). The following counsel participated in the teleconference:

    Robert S. Murphy of Bacon & Wilson, P.C. as counsel for the Plaintiff and Defendant-in-Counterclaim

    Marissa A. Goldberg of Lawson & Weitzen, LLP as counsel for the Defendant and Plaintiff-in-Counterclaim

**II.    PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE.**

The parties hereby submit the following proposed pretrial schedule:

    1.    Automatic disclosures to be served on or before September 16, 2005.

    2.     Any motions to amend or supplement the pleadings are to be served by October 14, 2005 and answered within the time specified in the Rules.

    3.     All discovery, as defined by Local Rule 26.1(c) and including depositions, shall be completed by February 28, 2006.

    4.     The plaintiff and defendant-in-counterclaim shall designate experts, if any, and submit any expert reports by April 28, 2006.

    5.     The defendant and plaintiff-in-counterclaims shall designate experts, if any, and submit any expert reports by May 26, 2006.

    6.     All expert depositions, if any, to be completed by June 30, 2006.

    7.     All dispositive motions are to be filed on or before July 31, 2006

### III.  OTHER MATTERS

    1.     <u>Trial by Magistrate</u>.  The parties consent to trial before a United States Magistrate Judge.

    2.     <u>Certification of Consultation</u>.  The parties shall file the parties' certification pursuant to Local Rule 16.1 (D)(3) electronically, as required for all filings by the Court, on or before September 15, 2005.

    3.     <u>Settlement Proposals</u>.  The parties have exchanged written settlement proposals and responses as required by Local Rule 16.1(c).  Counsel for the parties will confer with their respective clients prior to the scheduling conference and be prepared to continue settlement discussions.

### IV.  AGENDA

The parties propose the following agenda for the Scheduling Conference

1. Identify principal issues and contentions.

2. Proposed pretrial schedule and any unresolved issues as set forth in the joint statement.

3. Settlement negotiations.

4. Entry of Scheduling Order.

| | |
|---|---|
| Plaintiff,<br>CHARLES H. RICHARD<br>By his attorney, | Defendant,<br>ROCKY COAST, LLC,<br>By its attorneys, |
| /s/ **Robert Murphy**<br>Robert S. Murphy, Jr.(BBO# 550804)<br>BACON & WILSON, P.C.<br>33 State Street<br>Springfield, MA 01103<br>Telephone: (413) 781-0560<br>Facsimile: (413) 739-7740 | /s/ **Marissa A. Goldberg**<br>Evan T. Lawson (BBO# 289280)<br>J. Mark Dickison (BBO# 629170)<br>Kathryn E. Pieczarka (BBO# 658785)<br>Marissa A. Goldberg (BBO# 654506)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210-1736<br>Telephone: (617) 439-4990<br>Facsimile:  (617) 439-3987 |