IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

**DEFENDANT'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify that the Defendant and Plaintiff-in-Counterclaim, Rocky Coast, LLC, has conferred with its counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of litigation through uses of alternative dispute resolution programs such as those outlined in LR 16.4.

| DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM | COUNSEL FOR ROCKY COAST, LLC, |
|---|---|
| /s/ Todd Colpitts | /s/ Marissa A. Goldberg |
| Todd Colpitts | Evan T. Lawson (BBO# 289280) |
| ROCKY COAST, LLC | J. Mark Dickison (BBO# 629170) |
| | Kathryn E. Pieczarka (BBO# 658785) |
| | Marissa A. Goldberg (BBO#654506) |
| | Lawson & Weitzen, LLP |
| | 88 Black Falcon Avenue, Suite 345 |
| | Boston, MA 02210-1736 |
| | Telephone: (617) 439-4990 |
| | Facsimile: (617) 439-3987 |