AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

| | |
|---|---|
| CHARLES H. RICHARD | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| ROCKY COAST, LLC | Case Number:    05-30097-MAP |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**PARTIAL JUDGMENT ENTERED:**

**Judgment for Defendant on Count 1, Claim for Specific Performance, pursuant to the Memorandum and Order entered on June 9, 2005 allowing Motion to Dismiss**

SEPTEMBER 19, 2005
Date

SARA THORNTON
Clerk

*Elizabeth A. French*
(By) Deputy Clerk