AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

Charles H. Richard

v.

Rocky Coast LLC

**APPEARANCE**

Case Number: 05-30097

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Charles H. Richard

_9/21/05_
Date

_[signature]_
Signature

_ADAM J. BASCH_
Print Name

_33 State Street_
Address

_Springfield     MA     01103_
City                         State              Zip Code

_781-0560_
Phone Number