UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. RICHARD,              )
        Plaintiff         )
                                 )
v.                               )     Civil Action No.  05-30097-KPN
                                 )
                                 )
                                 )
ROCKY COAST, LLC.,               )
        Defendant        )

SCHEDULING ORDER
September 22, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on September 21, 2005:

1. All non-expert discovery shall be completed by February 28, 2006.

2. Counsel shall appear for a case management conference on March 2, 2006, at 10:30 a.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by April 28, 2006.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by May 26, 2006.

5. All expert depositions shall be completed by June 30, 2006.

IT IS SO ORDERED.

                                   /s/ Kenneth P. Neiman
                                   KENNETH P. NEIMAN
                                   U.S. Magistrate Judge