IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kathryn E. Pieczarka hereby gives notice that she will not longer serve as co-counsel for Rocky Coast, LLC.  Lawson & Weitzen, LLP remains as counsel for Rocky Coast, LLC.

                                          Defendant,
                                          ROCKY COAST, LLC,
                                          By its attorneys,

                                            /s/ **Kathryn E. Pieczarka**
                                          Evan T. Lawson (BBO# 289280)
                                          J. Mark Dickison (BBO# 629170)
                                          Kathryn E. Pieczarka (BBO# 658785)
                                          Lawson & Weitzen, LLP
                                          88 Black Falcon Avenue, Suite 345
                                          Boston, MA 02210-1736
                                          Telephone: (617) 439-4990
                                          Facsimile:  (617) 439-3987