UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. RICHARD,          )
        Plaintiff    )
                             )
v.                           )     Civil Action No.  05-30097-KPN
                             )
                             )
                             )
                             )
ROCKY COAST, LLC.,           )
        Defendant    )

REVISED SCHEDULING ORDER
March 2, 2006

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All non-expert discovery shall be completed by March 31, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by April 28, 2006.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by May 26, 2006.

4. All expert depositions shall be completed by June 30, 2006.

5. The bench trial in this matter shall commence on July 24, 2006.  Counsel shall appear for a final pretrial conference on June 30, 2006, at 12:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural

Order entered this date.

IT IS SO ORDERED.

DATED: March 2, 2006

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge