IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | | |
|---|---|---|
| CHARLES H. RICHARD, | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| ROCKY COAST, LLC, | ) | No. 05-30097-MAP |
|     DEFENDANT. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Clare B. Burhoe as co-counsel for Rocky Coast, LLC.

    Defendant,
    ROCKY COAST, LLC,
    By its attorneys,

       **/s/ Clare B. Burhoe**
    Evan T. Lawson (BBO# 289280)
    J. Mark Dickison (BBO# 629170)
    Clare B. Burhoe (BBO# 632238)
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210-1736
    Telephone: (617) 439-4990
    Facsimile:  (617) 439-3987

Dated: May 1, 2006