IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES H. RICHARD,<br>    PLAINTIFF and<br>    DEFENDANT-IN-COUNTERCLAIM,<br>v.<br><br>ROCKY COAST, LLC,<br>    DEFENDANT and<br>    PLAINTIFF-IN-COUNTERCLAIM. | No. 05-30097-MAP |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled matter, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that Charles Richard and Rocky Coast, LLC dismiss all claims and counterclaims alleged in this action with prejudice, without costs or attorney's fees to either party, and with all rights of appeal waived.

Dated: April 26, 2006

CHARLES RICHARD
By his attorney,

_____
Robert S. Murphy, Jr. (BBO# 550804)
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103
Telephone: (413) 781-0560
Facsimile: (413) 739-7740

ROCKY COAST, LLC,
By its attorneys,

_____
Evan T. Lawson (BBO# 289280)
J. Mark Dickison (BBO# 629170)
Clare Burhoe, Esquire
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987